**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **MT LEASING, LLC,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-24-CV-423-OLG** |
| | § | |
| **NANCY B. STEVENS *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has considered United States Magistrate Judge Henry J. Bemporad's Report and Recommendation (R&R), filed October 27, 2026, concerning Defendant Nancy Stevens's Motion for Summary Judgment (Dkt. No. 37). (*See* R&R, Dkt. No. 92.)

Plaintiff was electronically served with a copy of the R&R on October 27, 2026, and timely filed its objections on November 10, 2026 (*see* Dkt. No. 94). *See* FED. R. CIV. P. 72(b)(2) (providing that a party who wishes to object to a Magistrate Judge's findings and recommendations must serve and file specific written objections within 14 days). Accordingly, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

After de novo review, the Court finds that the R&R should be adopted and Plaintiff's objections should be and hereby are **OVERRULED**.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 92) and, for the reasons set forth therein, the Motion for Summary Judgment (Dkt. No. 37) is **GRANTED**, and all of Plaintiff's claims against Defendant Nancy Stevens are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

**SIGNED** on November 23, 2026.

ORLANDO L. GARCIA
United States District Judge